IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02064-RPM

MIKE WALTER and
LISA WALTER,

    Plaintiffs,

v.

THE TRAVELERS INSURANCE COMPANY d/b/a TRAVELERS,

Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE**
_____

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Without

Prejudice. The Court, having considered the Motion, the file, and being otherwise advised in the

premises, ORDERS    1. The Motion is GRANTED; and
                           2. Plaintiffs' claims are dismissed WITHOUT PREJUDICE.

    DATED this 2nd day of September, 2010.

                                                           BY THE COURT:

                                                           s/Richard P. Matsch
                                                           _____
                                                           Richard P. Matsch, Senior District Judge